**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
David Carlebach
55 Broadway
Suite 1902
New York, NY 10006
Tel: (212) 785-3041
Fax: (347) 472-0094
Email: david@carlebachlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| **199 EAST 7TH STREET LLC.** | Case No. 14-13254 - SCC |
| **Debtor.** | |

-----------------------------------------------------------x

**APPLICATION**
This application, filed by the Debtor, seeks to retain counsel for the Debtor, *nunc pro tunc*, as of November 26, 2014.

**TO THE HONORABLE SHELLEY C. CHAPMAN**
**UNITED STATES BANKRUPTCY JUDGE:**

199 East 7th Street LLC., the debtor herein (the "Debtor"), respectfully represents:

1. On November 26, 2014, the Debtor filed a petition seeking an Order for relief under the protective provisions of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§101 et seq. (the "Bankruptcy Code").

2. The Debtor is primarily in the business of ownership and operation of real estate, and has continued to own and maintain its properties since the filing of the petition, as debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3. The Debtor seeks to employ the Law Offices of David Carlebach Esq. ("Carlebach"),

1

which maintains an office for the practice of law at 55 Broadway, Suite 1902, New York, New York 10006, as its counsel, *nunc pro tunc,* as of November 26, 2014, in the within bankruptcy proceeding.

4. The Debtor has selected Carlebach for the reason that Carlebach has considerable expertise in the fields of debtors' and creditors' rights, debt restructuring and corporate reorganizations, and commercial litigation, among others. Accordingly, the Debtor believes that Carlebach is well qualified to represent the Debtor in these proceedings.

5. The professional services Carlebach will be required to render include, but are not limited to the following:

    (a) providing the Debtor with legal counsel with respect to its powers and duties as a debtor-in-possession in the continued management of its property during the Chapter 11 case;

    (b) preparing on behalf of the Debtor all necessary applications, answers, orders, reports, and other legal documents which may be required in connection with the Chapter 11 case;

    (c) providing the Debtor with legal services with respect to formulating and negotiating a plan of reorganization with creditors; and

    (d) performing such other legal services for the Debtor as may be required during the course of the Chapter 11 case, including but not limited to, the institution of actions against third parties, objections to claims, and the defense of actions which may be brought by third parties against the Debtor.

6. To the best of the Debtor's knowledge, Carlebach has no connection with, and no interests adverse to, the Debtor, its creditors, other parties in interest, or their respective attorneys or accountants.

7. The Debtor believes that the retention of Carlebach is in the best interest of the Debtor

and its creditors.

**WHEREFORE,** the Debtor respectfully requests that this Court enter the prefixed Order and grant such other and further relief as it deems just and proper.

Dated: New York, New York
December 8, 2014

**199 EAST 7TH STREET LLC.**

*/s/ James Guarino*
By: James Guarino