**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
David Carlebach
55 Broadway
Suite 1902
New York, NY 10006
Tel: (212) 785-3041
Fax: (347) 472-0094
Email: david@carlebachlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:                                                                          Chapter 11


    **199 EAST 7TH STREET LLC.**                     Case No. 14-13254 - SCC


           **Debtor.**
-----------------------------------------------------------x
                                                **AFFIRMATION**
                                                This affirmation, filed by the Debtor, seeks to retain counsel for the Debtor, *nunc pro tunc*, as of November 26, 2014.

        David Carlebach, an attorney duly admitted to practice law in the State of New York affirms as follows under penalty of perjury:

        1.    I am the principal of the firm of the Law Offices of David Carlebach, Esq. ("Carlebach"), which maintains an office for the practice of law at 55 Broadway, Suite 1902, New York, New York 10006. I am fully familiar with the facts hereinafter stated, and make this affidavit in support of the application to retain Carlebach as counsel to 199 East 7th Street, LLC, the debtor (the "Debtor"), herein.

        2.    I am duly admitted to practice before this Court, and will assume primary responsibility for this matter.

3. Insofar as I have been able to ascertain I am a disinterested party within the meaning of § 101(14) of the Bankruptcy Code and have no interest adverse to the Debtor's estate, its creditors, to the Office of the United States Trustee, or any other party in interest herein, or their respective attorneys and accountants.

4. Furthermore, I am a disinterested party with no connections to the Debtor's estate, their creditors, the Office of the United States Trustee, or any other party in interest herein, or their respective attorneys and accountants. In that connection, I have reviewed a list of parties in interest as they are currently known, including the lists of secured and unsecured creditors and have determined to the best of knowledge and after due inquiry that Carlebach has not represented any such entity. Additionally, Carlebach utilizes computer software, a component of the firm's time billing software, which automatically performs an extensive internal conflicts check with respect to each new client. It too, did not raise any conflict with respect to Carlebach's representation of the Debtor.

5. I have read and am fully familiar with the Bankruptcy Code, Bankruptcy Rules and Local Rules, and I am sufficiently competent to handle whatever might be foreseeably expected of the Debtor's counsel in this matter.

Dated: New York, New York
December 8, 2014

*/s/ David Carlebach (DC-7350)*
DAVID CARLEBACH (DC-7350)