**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
David Carlebach
55 Broadway
Suite 1902
New York, NY 10006
Tel: (212) 785-3041
Fax: (347) 472-0094
Email: david@carlebachlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re:                                                                                  Chapter 11

     **199 EAST 7TH STREET LLC.**                     Case No. 14-13254 - SCC

     **Debtor.**
---------------------------------------------------------x
     **RULE 2016(b) STATEMENT**

David Carlebach, pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure ("FRBP"), states:

1. I am a member of the firm of Law Offices of David Carlebach, Esq. ("Carlebach"), proposed attorneys for 199 East 7th Street LLC., the debtor herein (the "Debtor").

2. On November 26, 2014, (the "Petition Date"), the Debtor filed its petition for relief under the protective provisions of the Bankruptcy Code.

3. Prior to the filing of the petition Carlebach received a retainer of $10,000.00, from the Debtor.

4. The hourly rates for partners is $400.00 - $550.00, for associates $300.00 - $350.00, and for paralegals $150.00 - $250.00. Such rates may be adjusted from time to time. Any such adjustment will be on notice to the Bankruptcy Court, the Office of the United States Trustee and any Official Committee that may be appointed in this case.

5. Carlebach has not shared or agreed to share any compensation paid or to be paid with any other party.

6. Any additional fee requests by Carlebach from the Debtor, shall be made upon appropriate application to the Court pursuant to 11 U.S.C. §§330 and 331.

Dated: New York, New York
December 8, 2014

*/s/ David Carlebach*
DAVID CARLEBACH