UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                              Chapter 11

      **199 EAST 7ᵀᴴ STREET LLC.**                    Case No. 14-13254 - SCC

           **Debtor.**
-----------------------------------------------------------x

**ORDER APPROVING RETENTION APPLICATION OF DAVID CARLEBACH, ESQ. AS ATTORNEY FOR THE DEBTOR, *NUNC PRO TUNC* AS OF NOVEMBER 26, 2014**

Upon the Application of 199 East 7ᵗʰ Street LLC., the debtor and debtor-in-possession herein ("Debtor"), requesting authorization to retain the Law Offices of David Carlebach Esq. ("Carlebach"), *nunc pro tunc,* as of November 26, 2014, to represent the Debtor herein, and upon the Affidavit of Disinterest by David Carlebach, Esq., and upon the Affidavit of James Guarino and it appearing that the Law Offices of David Carlebach, Esq. represents no interest adverse to the Debtor or its creditors herein, and that Carlebach's employment is necessary and in the best interests of the estate, and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED**, that the Debtor is authorized to employ the Law Offices of David Carlebach, Esq., as its counsel, *nunc pro tunc,* as of November 26, 2014, under a general retainer in this Chapter 11 case with the precise amount of compensation paid by the Debtor to be determined upon appropriate application to the Court pursuant to §§ 330 and 331 of the Bankruptcy Code; it is further

**ORDERED**, that Carlebach will apply the retainer to the first allowed interim or final fees; and it is

**ORDERED**, that ten (10) business days' notice must be provided by David Carlebach, Esq, the Law Offices of David Carlebach, Esq. to the Debtor(s), the United States Trustee prior to any increases in the rates set forth in the Application, and such notice must be filed with the Court. The United States Trustee retains all rights to object to any rate increase on all grounds including, but

not limited to, the reasonableness standard provided for in Section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to Section 330 of the Bankruptcy Code.

Dated:   New York, New York
         _____ __, 2014


Dated:
NO OBJECTION:
U.S. TRUSTEE for the
SOUTHERN DISTRICT OF NEW YORK

By:_____