**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
David Carlebach
55 Broadway
Suite 1902
New York, NY 10006
Tel: (212) 785-3041
Fax: (347) 472-0094
Email: david@carlebachlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re:                                                                  Chapter 11

       **199 EAST 7TH STREET LLC.**                 Case No. 14-13254 - SCC

       **Debtor.**
---------------------------------------------------------x

**NOTICE OF PRESENTMENT OF DEBTOR'S APPLICATION
TO RETAIN THE LAW OFFICE OF DAVID CARLEBACH, ESQ.,
AS COUNSEL TO THE DEBTOR, *NUNC PRO TUNC* AS OF NOVEMBER 26, 2014**

     **PLEASE TAKE NOTICE**, that upon the Debtor's Application to Retain the Law Office of David Carlebach, Esq., as Counsel to the Debtor, *nunc pro tunc*, as of November 26, 2014, in the Debtor's Chapter 11 Case; the undersigned will present the attached proposed order to the Honorable Shelley Chapman, United States Bankruptcy Judge, for signature on **December 23, 2014 at 12:00 p.m.**

     **PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the proposed order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than **11:00 a.m. on December 23, 2014.** If no objections are received by that time, the order may be signed.

DATED: New York, New York
December 8, 2014

**LAW OFFICE OF DAVID CARLEBACH, ESQ.**
*Proposed Attorney for 199 East 7th Street LLC*

By: */s/David Carlebach (DC-7350)*
David Carlebach (DC-7350)
55 Broadway, Suite 1902
New York, New York 10004
Tel: (212) 785-3041
Fax: (347) 472-0094
Email: david@carlebachlaw.com

To: All creditors, and the United States Trustee