## LAW OFFICES OF DAVID CARLEBACH, ESQ.

55 Broadway, Suite 1902
New York, New York 10006

(212) 785-3041
www.carlebachlaw.com

----

**David Carlebach**       Direct Dial: (347) 329-1241       email: david@carlebachlaw.com

November 29, 2016

**VIA ECF**

To the Honorable Shelley C. Chapman
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004-1408

      *Re:*    ***199 East 7th Street LLC***
             ***Ch. 11 Case No. 14-13254* (SCC)**

Dear Judge Chapman:

     This is to request a brief extension of time with respect to the documents that I am required to produce by tomorrow, November 30, 2016. In addition to the intervening holiday, I have been involved in the last few days in an emergency filing with respect to a client who risked imminently losing a multi-million dollar business and, to complicate matters, is presently incarcerated. The case was filed yesterday before Judge Bernstein. I had allocated this period to complete the production. I would therefore respectfully request that my time to produce be extended to Monday, December 5, 2016, by the close of business, and the hearing be scheduled thereafter at the Court's earliest convenience thereafter.

                                  Respectfully,

                                  /s/ David Carlebach

                                  David Carlebach

cc (via ecf and email):

     Neil Berger, Esq.
     Lawrence Gottlieb, Esq.
     Gabriella Cacucci, Esq.
     Office of the United States Trustee