1

2  UNITED STATES BANKRUPTCY COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Case No. 14-13254-scc

5  - - - - - - - - - - - - - - - - - - - -x

6  In the Matter of:

7

8  199 EAST 7TH STREET LLC,

9

10           Debtor.

11  - - - - - - - - - - - - - - - - - - - -x

12

13           United States Bankruptcy Court

14           One Bowling Green

15           New York, New York

16

17           February 6, 2017

18           1:56 PM

19

20

21

22  B E F O R E:

23  HON. SHELLEY C. CHAPMAN

24  U.S. BANKRUPTCY JUDGE

25

1

2    Doc #168 Order to show cause (A) scheduling a hearing regarding

3    this Court's January 18, 2017 contempt decision and order and

4    (B) directing David Carlebach, Esq. to show cause at such

5    hearing why he should not be taken into custody

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20    Transcribed by:  David Rutt

21    eScribers, LLC

22    352 Seventh Avenue, Suite #604

23    New York, NY 10001

24    (973)406-2250

25    operations@escribers.net

1

2   A P P E A R A N C E S:

3   TOGUT, SEGAL & SEGAL LLP

4         Attorneys for Albert Togut, Chapter 7 Trustee

5         One Penn Plaza

6         New York, NY 10119

7

8   BY:   NEIL BERGER, ESQ.

9

10

11   UNITED STATES DEPARTMENT OF JUSTICE

12         Attorneys for Office of the United States Trustee

13         201 Varick Street

14         Suite 1006

15         New York, NY 10014

16

17   BY:   ANDREW VELEZ-RIVERA, ESQ.

18         SERENE NAKANO, ESQ.

19

20

21

22

23

24

25

1

2  TOGUT, SEGAL & SEGAL LLP

3        Attorneys for Chapter 7 interim trustee

4        One Penn Plaza

5        New York, NY 10119

6

7  BY:   NEIL BERGER, ESQ.

8

9

10  ALSO APPEARING:

11        ALBERT TOGUT, ESQ., Chapter 7 Trustee (TELEPHONICALLY)

12        ERIC WEISS, U.S. Marshals Service

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2              THE COURT:  All right, we're going to go on the record

3     in the case of 199 East 7th Street, case number 14-13254.

4     Mr. Berger.

5              MR. BERGER:  Good afternoon, Judge.  Neil Berger at

6     Togut, Segal & Segal, for Albert Togut, Chapter 7 trustee.  My

7     client, Albert Togut, is participating on phone.

8              THE COURT:  All right, Mr. Togut, are you there?

9              MR. TOGUT:  I am, Your Honor.

10             THE COURT:  All right, thank you.  Let me bring

11    everybody up to speed since there have been a number of

12    developments.

13             MR. GOTTLIEB:  Your Honor, I just want to make sure

14    you --

15             THE COURT:  Sure.

16             MR. GOTTLIEB:  -- you note my appearance.  It's

17    Lawrence Gottlieb on behalf of James Guarino, principal of the

18    debtor.

19             THE COURT:  All right.  Thank you, Mr. Gottlieb.

20             So, let me take a few moments to bring everybody up to

21    speed, since a lot has happened and I just want to make sure

22    everybody is aware of it.

23             Okay.  Late last week, on February 2nd, entered at

24    docket 168 in my case, I issued an order to show cause,

25    scheduling a hearing and directing Mr. Carlebach to show cause,

1   at the hearing, why he should not be taken into custody.  And

2   that was returnable on February 6th at 1:30, which is right

3   now.

4          Subsequent to the issuance of that order to show cause

5   and bench warrant, Mr. Carlebach took an appeal in the New

6   Jersey District Court; he took an appeal from Bankruptcy Judge

7   Gravelle's order, which had been entered a couple of days

8   before that, reflecting her opinion that the imposition of the

9   automatic stay in Mr. Carlebach's Chapter 13 case, which had

10  been commenced before her on January 26, did not in any way

11  preclude this Court, or indeed Mr. Berger, from proceeding to

12  enforce the civil-contempt sanctions that were outstanding

13  against him.

14         Mr. Carlebach sought a stay of Judge Gravelle's ruling

15  from Judge Gravelle; that stay was denied.  Mr. Carlebach filed

16  an appeal to the district court of the District of New Jersey;

17  the matter was assigned to Judge Freda Wolfson.  And this

18  morning, Judge Wolfson entered a six-page reasoned decision

19  indicating that the automatic stay related to the Chapter 13

20  case in fact did not preclude Mr. Berger or this Court from

21  proceeding to enforce the civil-contempt sanctions inasmuch as,

22  to summarize, that those sanctions were intended to uphold the

23  dignity of the Court.

24         So, that's where we were as of late morning.  We then

25  received a letter from Mr. Carlebach, which has been

1    docketed -- I don't have the docket number -- in which he

2    writes that, quote, "I write with respect to the bench warrant

3    and order to show cause of February 3rd, 2017.  As the Court

4    may be aware, I have sought appellate review of Judge

5    Gravelle's decision in my personal bankruptcy case, to release

6    the temporary restraints, based on controlling law in the Third

7    Circuit.  Judge Wolfson of the District Court of New Jersey

8    denied my emergency stay, as well, this morning.  I will be

9    shortly filing a notice of appeal in the Third Circuit to have

10   the Third Circuit opine with finality on the issue.  I intend

11   on moving by emergency appeal in that regard and expect an

12   expedited decision from the circuit on the stay issue.

13          "I had hoped to finish this process by today, but

14   Judge Wolfson was not in on Friday, which delayed the matter

15   slightly.  I would prefer to be able to seek this relief

16   without the threat of imminent incarceration.  I would ask that

17   the Court delay the effectuation of the incarceration order for

18   an additional two days or through February 8th, 2017, in order

19   to allow me to make the motion before the Third Circuit.  If

20   the Third Circuit denies my stay request, I will voluntarily

21   comply with the trustee's request.

22          "Respectfully,

23          "David Carlebach"

24          Virtually moments after we received that letter and we

25   placed it on the docket, we received a subsequent letter from

1  Mr. Carlebach, in which he says the following; and again, I

2  don't have the docket number for that letter, but it was

3  received, I would say, within the last half an hour:

4          "Dear Judge Chapman,

5          "This is to withdraw my earlier letter of today,

6  requesting a stay to pursue an appeal in the Third Circuit.

7  After further inquiry, it appears that I will face a

8  significant procedural hurdle, in that Judge Wolfson's order

9  was an interlocutory order and there is no appeal as of right

10 (sic) to the Third Circuit.

11         "As such, I have decided to forego that process and

12 will endeavor to comply with all the trustee's demands.  Given

13 my involvement in that process, I need one day to put

14 everything together.  I therefore ask that today's hearing be

15 adjourned to tomorrow afternoon, at which point I hope to have

16 purged the contempt and this matter can be put to rest.

17         "Respectfully,

18         "David Carlebach"

19         Okay, so the time is now 2 o'clock.  The order to show

20 cause was returnable at 1:30 and, as far as I can tell looking

21 around the courtroom, Mr. Carlebach is not present in the

22 courtroom.  Mr. Berger, do you see Mr. Carlebach present in the

23 courtroom?

24         MR. BERGER:  No, Judge, I don't.

25         THE COURT:  All right.  So, where that brings us is

1     that in addition to all of the previous contempts which remain

2     extant, Mr. Carlebach is today in contempt of the order to show

3     cause, which was entered at docket 168, directing that he be

4     present today to purge his contempt or be taken into custody by

5     the U.S. Marshals.

6           So, by my count, Mr. Berger, this matter has now

7     touched five federal judges.

8           MR. BERGER:  Our count --

9           THE COURT:  Am I counting correctly?

10           MR. BERGER:  No.  You --

11           THE COURT:  Six.

12           MR. BERGER:  Six.

13           THE COURT:  I'm sorry.  It started with me; it then

14     went to --

15           MR. BERGER:  To --

16           THE COURT:  -- Judge Sullivan, Judge McMahon, and

17     Judge Abrams in the Southern District of New York.

18           MR. BERGER:  And then Judge Gravelle --

19           THE COURT:  Then went over to Judge Gravelle in the

20     bankruptcy court of New Jersey, and then up to Judge Wolfson in

21     the District Court --

22           MR. BERGER:  That would make six.

23           THE COURT:  -- of New Jersey.  So, I think that -- I

24     think that we have occupied enough time of federal judges in

25     this matter.

1          So, Mr. Berger, what's the status of the subpoena to
2     Citibank, which, if I'm following the chronology directly, the
3     motion to quash that subpoena, which was denied by me, was
4     appealed to Judge Abrams?  She denied a stay with respect to
5     that, and she also declined to take up an appeal on that.  So,
6     that subpoena is now outstanding and it is not stayed by any
7     existing order, correct --
8          MR. BERGER:  As we --
9          THE COURT:  -- putting aside whether or not we -- you
10    or I believe that it ever was stayed by the Chapter 13 stay,
11    right?
12         MR. BERGER:  Correct observation, Your Honor.
13    Citibank was required to have fully complied with the subpoena
14    on the 30th.  Citibank is watching very closely what happens in
15    this and any number of courts.
16         I've been in communication with the assistant general
17    counsel at Citibank; they want to comply.  I think the last
18    time I was here, I said something to the effect that they're
19    watching what happens here and they want direction.
20         They have not fully complied, and it is not based upon
21    my conservations with Citibank, because they are resisting
22    compliance.  As they describe it, it's like a conveyor belt:
23    you begin to gather the documents from microfiche copies of
24    wire confirmations, checks, bank statements.  But they have
25    seen, it seems, every other day Mr. Carlebach filing a motion,

1  an appeal, a Chapter 13 petition, sending them a letter the

2  stay is in effect.  So, they -- it's on and off the conveyor

3  belt.

4           We've gotten some bank statements and I can briefly

5  tell you what we're seeing.  What we're seeing is an incomplete

6  picture, but it's a picture that not only doesn't answer our

7  questions but raises some questions in our mind.  For instance,

8  you may recall -- and this is not by way of evidence, but it is

9  responding to your question where are we with Citibank -- a

10 couple of hearings ago, we were here and we were looking at --

11 and I have in my hand redacted bank statements; I handed up

12 copies to Mr. Carlebach, I produced them.  And particularly, we

13 were curious about a half-a-million-dollar check.

14          THE COURT:  Right.

15          MR. BERGER:  This is the check that has no date --

16          THE COURT:  Right.

17          MR. BERGER:  -- and no account number.  It appears to

18 have been redacted in violation of your Rule 2004 order and

19 your subsequent injunctive-relief order.

20          The accounting that Mr. Carlebach gave us -- and I

21 handed a copy of that up to the Court as well -- lists a number

22 of deposits; they start in 2015 and then they refer to 2016

23 deposits.  Clear that could not have been.  And it's an error

24 that these events -- or all the sale and the stalking-horse

25 process begin 2015.

1        But Mr. Carlebach lists in June 2006 (sic) -- no

2   specific date -- a deposit of 500,000 dollars.  At about that

3   time -- and I'm gathering information now from Mr. Guarino's

4   production -- Mr. Carlebach did receive a half-million-dollar

5   check from Mr. Strulovitz (sic), but on June 25th, 2015

6   Mr. Guarino wrote to Mr. Carlebach, "Please do not deposit the

7   check, and messenger the contract to my office."

8        On June 9 -- I'm sorry -- on October -- I'm sorry -- a

9   few days later, on July 7th there's a 500,000-dollar deposit

10  into Mr. Carlebach's deposit (sic).  We can't tell yet who it's

11  from, because Citibank is gathering the deposit slips for us.

12       On June -- on October 9th, 2015, just a few weeks

13  before the closing, there's yet another half-million-dollar

14  deposit into that IOLA account, from an individual who's -- who

15  I found on the internet is a real-estate investor.  At this --

16  at or around the same time, as we look at the docket for this

17  case, there are letters being filed by parties who are engaged

18  as stalking-horse bidders in the process, saying, I want my

19  money back, what's happening with the sale?

20       As an attorney for a trustee, that rings bells in our

21  mind:  what's happening with money on deposit, why isn't the

22  sale moving forward, why isn't the sale order being complied

23  with and deposits and breakup fees being repaid.  I can't say

24  today --

25       THE COURT:  Have you matched that, in terms of the

1    time line, with what was I being told about what was happening

2    in the sale?  Because if you'll recall, the sale was postponed.

3              MR. BERGER:  The sale hearing was postponed.

4              THE COURT:  Postponed.  And then the sale hear -- the

5    auction -- not the sale hearing -- the auction was unilaterally

6    cancelled.  Right?

7              MR. BERGER:  Right.

8              THE COURT:  So, there was --

9              MR. BERGER:  Right.

10             THE COURT:  -- that time frame.

11             MR. BERGER:  This is happening during that period.

12             Having said what I've said, I'm not in a position to

13   draw conclusions.  But the trustee's subpoena required

14   Mr. Carlebach to respond at the end of September, and here we

15   are, four or five months later, asking ourselves what really

16   happened.  And we're asking ourselves what really happened,

17   because we have no compliance by Mr. Carlebach.  And we don't

18   have full compliance by Citibank, because Mr. Carlebach has

19   filed any number of pleadings and petitions; so, they'd

20   started, stopped, started, stopped.  And, again, from -- based

21   upon my conversation with Citibank as late as late Friday, they

22   want to comply and they will comply, absent a stay.  They see

23   each pleading that he files and they also see the orders that

24   Your Honor enters, Judge Abram enters, now the New Jersey

25   Bankruptcy Court and the New Jersey District Court.  So, I'm

1  hoping that now they see this morning's decision and the

2  conveyor-belt search running again, and we'll get those

3  documents coming in.

4          I should say, Your Honor, that as I look at Your

5  Honor's order to show cause, scheduling today's hearing, on

6  page 2 you do reference "subsequent to arrest", but I think

7  Your Honor's intent is very clear that Mr. Carlebach was

8  required to have file -- would be required to file a letter

9  clearly and unambiguously standing (sic) that he is ready,

10 willing, and able to immediately comply with the Court's prior

11 orders, other than with respect to the monetary sanctions, and

12 provide evidence of his ability to comply.

13         And in the most recent letter received within the last

14 hour or so, Mr. Carlebach says, "I will endeavor to comply with

15 the trustee's request.  I hope to have purged".  I've been in

16 front of Your Honor for half a year on this case, and we've

17 heard those promises.

18         THE COURT:  It's the same language that's always been

19 used; it's that he hopes, it's that he'll endeavor.

20         MR. BERGER:  And, Your Honor --

21         THE COURT:  It's not a firm commitment.

22         MR. BERGER:  And, Your Honor, just so the record is

23 clear, because Mr. Carlebach continues to focus just on the

24 IOLA accounts, we still don't have a written response in

25 compli -- a written response from Mr. Carlebach in compliance

 1 | with the Rule 2004 order.

 2 | THE COURT:  Well, that was the -- the construct of the

 3 | order to show cause, which I'm sure is not lost on you but

 4 | perhaps was not clear to Mr. Carlebach, was that because the

 5 | trustee had embarked on this alternative route to get the bank

 6 | records from Citibank, you could have been in the position of

 7 | having gotten what you needed, without his having complied with

 8 | that aspect of the trustee 2004 order and subpoena.  And what I

 9 | had set up was to enable him, once you got those documents, for

10 | you to be able to say that you had gotten all the bank records,

11 | and then all that would be left for Mr. Carlebach to do would

12 | be to certify or raise his right hand and make a representation

13 | under oath that he was done, that there were no further

14 | documents.

15 | So, we are nowhere near that, because with his focus

16 | on preventing the production of the Citibank documents, he's

17 | entirely neglected to address the outstanding items otherwise

18 | requested by the trustee's subpoena, which include, off the top

19 | of my head, the time records, the draft plan and disclosure

20 | statement, and the missing documents that you were able to

21 | identify from the mirror-image production that Mr. Guarino

22 | made, correct?

23 | MR. BERGER:  Correct, Your Honor.  That's the

24 | intersect of the --

25 | THE COURT:  Right.

1          MR. BERGER:  -- where you are heading and where I'm

2     heading is that even once we get production from Citibank, we

3     have questions -- so, we're missing employee emails, his

4     emails, time records, copies of pleadings -- so, that

5     ultimately when we get to the point of sitting down and having

6     Mr. Carlebach answer questions under oath, as the trustee's

7     attorney, and the trustee sitting with me at that deposition,

8     we can ask informed questions rather than asking questions and

9     being asked to rely upon hearsay.  So, there are a host of

10    other documents that we don't have and that we need to get the

11    full picture.

12         THE COURT:  So, what's the -- and I see folks from the

13    U.S. Trustee's office are here, and I'll ask to speak to you in

14    a moment.

15         So, in light of everything that we have today, what's

16    the trustee's view?

17         MR. BERGER:  Our view is that we have zero confidence

18    in what Mr. Carlebach has written today that he will endeavor

19    to comply and that he hoped -- he hopes to purge himself.

20    We've been down this road before, Your Honor.  We don't have

21    any confidence in those words, and we --

22         THE COURT:  Do you recall probably about six weeks ago

23    Mr. Carlebach asked for an adjournment so that he could hire

24    criminal-defense counsel?

25         MR. BERGER:  I do recall that, and I've never heard

1  from or seen criminal (sic) counsel being hired by

2  Mr. Carlebach.  And I'll tell Your Honor that when I was in the

3  bankruptcy court in Trenton last week, I was surprised not to

4  see Mr. Carlebach in that courtroom hearing.

5           THE COURT:  Yes, well, I can surmise why he wasn't

6  there --

7           MR. BERGER:  Yes --

8           THE COURT:  -- Mr. Berger.

9           MR. BERGER:  -- but I was also surprised not to see

10 his bankruptcy attorney not --

11          THE COURT:  Who was also on the phone --

12          MR. BERGER:  Who was on the phone.

13          THE COURT:  -- which I could tell by reading the

14 transcript --

15          MR. BERGER:  Yes.

16          THE COURT:  -- which I assume they appeared

17 telephonically with Judge Gravelle's permission.  But, be that

18 as it may.

19          Okay --

20          MR. TOGUT:  Your Honor, this is the trustee.

21          THE COURT:  Yes, Mr. Togut.

22          MR. TOGUT:  Just to say it; the amount of effort that

23 Mr. Carlebach has expended in blocking my questions greatly

24 surpasses the amount of effort it would have taken for him to

25 simply cooperate in the investigation.  I got to a point where

1  I put in one of our pleadings that he's got something to hide.

2  I believe that more so now than ever.  And I don't believe that

3  relying on his good faith and good efforts and all that is

4  going to get us where we need to be.

5          I think, frankly, he hasn't complied because he's

6  afraid to comply, because of what we're going to find out when

7  he does have to finally give us the information.

8          THE COURT:  All right, let me --

9          Thank you, Mr. Togut.

10          THE COURT:  Let me hear from --

11          MR. TOGUT:  Thank you.

12          THE COURT:  -- U.S. Trustee, Mr. Velez-Rivera.

13          MR. VELEZ-RIVERA:  Good afternoon, Your Honor.

14          THE COURT:  I also want to add that the Chapter 13

15  filing, based on my review of the documents, is, as they say,

16  very barebones.  It's entirely unclear to me whether or not

17  it's a good-faith bona fide filing.  That's not a decision

18  before me.  That's for Judge Gravelle to decide.

19          But the whole concept of having been denied a stay not

20  simply by me but by Judge Abrams, and those proceedings having

21  been constructed with delays built into them, specifically in

22  order to afford Mr. Carlebach the opportunity for Article 3

23  review, and then, after his being denied a stay by Judge

24  Abrams, having had the audacity to file a Chapter 13 petition,

25  which, as far as I can tell, is completely specious, takes us

1  to a whole different level in terms of what Mr. Carlebach as an
2  officer of the court is willing to do to avoid the disclosures
3  that are being sought in this case.
4        So, Mr. Velez-Rivera, I saw that you two were in
5  Trenton with Mr. Berger.
6        MR. VELEZ-RIVERA:  Indeed, Your Honor.  And
7  Mr. Carlebach's absence in the proceedings, as well as the
8  absence of his lawyer, Mr. Duke (ph.), was actually quite
9  shocking to those of us who were in the courtroom.  Judge
10 Gravelle --
11       THE COURT:  And the U.S. Trustee for the -- for Region
12 3 --
13       MR. VELEZ-RIVERA:  Region 3.  My counterpart from --
14       THE COURT:  -- was there as well.
15       MR. VELEZ-RIVERA:  My counterpart from New Jersey was
16 there as well, Your Honor.  My counterpart as well as the
17 Chapter 13 trustee have several questions about the legitimacy
18 of the filing, both venue-based and content-based, in that
19 jurisdiction.  They will follow up.
20       It is -- it's extremely difficult to stand before you
21 today, having witnessed the proceedings and been involved over
22 several months, and think that Mr. Carlebach will comply within
23 a twenty-four-hour period from today.  He's withdrawn a letter
24 promising to comply, and substituted it with a letter that says
25 he will endeavor to comply.  That speaks volumes about

1    Mr. Carlebach's efforts, Your Honor.

2              My office and, I doubt, the Chapter 7 trustee have

3    received no indications from Mr. Carlebach within the past

4    couple of weeks that he's made progress with respect to his

5    compliance.  We have no confidence whatsoever.

6              We filed a statement about a month ago in this court,

7    indicating that the issuance of a bench warrant was within the

8    Court's discretion.  We still stand by those words, Your Honor.

9              THE COURT:  Okay.  All right, I think all of you who

10   have been involved in this for the past six months know, and

11   the orders that I've entered and the transcripts that are in

12   existence reflect, my deep hope that this could have been

13   avoided.  And I believe Judge Abrams, in her ruling, quoted

14   chapter and verse on the many opportunities that Mr. Carlebach

15   has been given to take a different course and avoid all this.

16             I will also note that in the pleadings that continue

17   to be filed in the New Jersey court, the same themes were put

18   forth by Mr. Carlebach, which in sum and substance is that none

19   of the documents should have been asked for in the first place,

20   this original case was a highly successful case, and this is

21   all an unjustified pursuit of him.  And that position has now

22   been rejected perhaps most forcefully by Judge Sullivan, who

23   indicated that if the case on the merits had come before him,

24   he would have been inclined to sanction Mr. Carlebach.

25             So, much as this is an extraordinary event that I

1  deeply regret, the bench warrant is outstanding, it is

2  execut -- it is executable right now, and it remains executable

3  Monday through Thursday, from 7 a.m. in the morning until

4  4 p.m. in the afternoon.

5          Two details that I'd like to work out, though.  The

6  warrant provides that if the certification is provided to you,

7  Mr. Togut, or your counsel Mr. Berger, that I would immediately

8  convene a hearing in order to release Mr. Carlebach from

9  custody so that we could establish his compliance.  And that

10 remains a very important part of this procedure.  So, in the

11 event that he is incarcerated, he ought to be given the first

12 available opportunity to make a certification that he's

13 prepared to purge, and we ought to be in a position to do that.

14 To the extent that I am not available, I could either do that

15 on a hearing that would be set up telephonically or I could ask

16 one of my colleagues here in the building to hold an emergency

17 hearing.

18         My other concern is the following:  As far as I am

19 aware, based on representations that Mr. Carlebach has made to

20 me in regard to scheduling and other matters, I believe that

21 Mr. Carlebach is an observant Jew, and therefore I have

22 particular concerns with his being incarcerated during -- from

23 Friday evening at sundown, through Saturday evening at the

24 conclusion of the Jewish Sabbath.

25         I don't quite know what to do about that, other than

1  ask the U.S. Marshals Service to ensure that he be given every

2  accommodation necessary in order for him to practice his

3  religious observance, including making kosher meals available

4  to him.  And in the event that he were to seek to be released

5  for that period of time, I would entertain that request on the

6  representation that he would surrender himself for

7  incarceration once that period was over and in the absence of

8  his compliance.

9         Now, Mr. Berger, to the extent that you receive from

10 Citibank documents that you believe otherwise satisfy the

11 outstanding requests under the trustee's subpoena, that you let

12 us know so that the universe of what Mr. Carlebach is required

13 to do can be narrowed.

14        Next is that, because the Chapter 13 remains pending,

15 I'm going to take a conservative view and say that the payment

16 of sanctions has been suspended.  Given that one could

17 characterize that as a pre-petition obligation, I'm not sure

18 whether it is or not.  But for the purposes of his complying

19 now, we are not looking at the sanctions that had accrued.

20        With respect to what's been happening since the filing

21 of the Chapter 13 position -- petition, the trustee in this

22 case has a reservation of rights to file an application seeking

23 to be reimbursed all of his expenses incurred in connection

24 with the pursuit of this matter in the New Jersey Bankruptcy

25 Court and the New Jersey District Court and, indeed, here

 1    today.  And to the extent that the Chapter 13 remains pending,

 2    it would be my view that after seeking a liquidation of those

 3    sums here, you would be able to file that as an administrative

 4    claim in the Chapter 13 case, because the expense associated

 5    with this exercise has obviously been exorbitant.

 6            What have I forgotten?

 7            MR. BERGER:  Neil Berger for the trustee.  I don't

 8    think that you have forgotten anything.  I'll certainly advise

 9    the Court as soon as Citibank completes its production, and

10    we --

11            THE COURT:  Just to be clear, what I contemplated was

12    that even if incarcerated with an attorney's assistance,

13    Mr. Carlebach could cause to be filed the certification that

14    would bring this episode to an end.

15            MR. BERGER:  I read the same thing, Judge.

16            THE COURT:  Okay.

17            MR. BERGER:  I read the same thing.  Beyond that, I

18    don't think that you have -- I don't think that you've missed

19    anything, and appreciate your observations.  We made clear in

20    the New Jersey Bankruptcy Court that this was not a matter of

21    collection as we enforce Your Honor's order.  And we certainly

22    will file a document in the Chapter 13, to make sure that

23    everyone, including the Chapter 13 trustee and Mr. Carlebach by

24    his attorneys, know that we are asserting our claim for

25    reimbursement of all the fees and expenses that we've incurred

1    as a result of this process; and certainly to the extent that

2    they have been incurred post-Chapter 13 file (sic), they would

3    be administrative-expense priority claims.

4            THE COURT:  Right.  Okay, well, I would ask that you

5    keep in close touch with the inspectors from the U.S. Marshals

6    Service, who are now in charge of this.  And --

7            MR. TOGUT:  Your Honor, may I ask a question?

8            THE COURT:  Yes, Mr. Togut.

9            MR. TOGUT:  I am way, way, way outside my area of

10   expertise, and I may be completely out of bounds too.  But we

11   have had, as you noted, a tremendously difficult time trying to

12   get compliance.  Hopefully this latest sanction will succeed

13   and we'll be done with this.  But my concern, frankly, is, if

14   he's trying to hide something, there may be a risk of him

15   fleeing the jurisdiction.  And --

16           THE COURT:  Well, the -- my --

17           MR. TOGUT:  -- I --

18           THE COURT:  -- my warrant is nationwide.  So, are

19   you --

20           MR. TOGUT:  No, I -- yeah, okay, well, he could also

21   go visit somebody outside the U.S.; that's not what I'm talking

22   about at the moment, though.  And I take your point,

23   completely, about respecting his religious beliefs.  But if

24   he's not purged his contempt and he is to leave incarceration

25   while that is the situation, shouldn't there be a requirement

1   for an ankle bracelet so that the Marshals Service can keep

2   track of him?

3          THE COURT:  Hold on a second.  Someone's coming up who

4   actually knows something about this.

5          MR. WEISS:  I --

6          THE COURT:  Yes, Inspector Weiss.

7          MR. WEISS:  Eric Weiss from the U.S. Marshals --

8          THE COURT:  Can you come up to the -- come up to the

9   podium.

10          MR. WEISS:  Excuse the attire; I was on the street

11   this morning.

12          THE COURT:  It's okay.

13          So, Mr. Togut, the trustee, is asking about an ankle

14   bracelet, which is beyond my area of expertise as well.  Is

15   that something that would require a magistrate judge or some

16   other judge to issue an order pertaining to that?

17          MR. WEISS:  That is correct; an order would have to be

18   drafted by a magistrate judge.  As far as his religious stuff,

19   while incarcerated they make reasonable accommodations to make

20   sure that, practicing whatever faith you are, you're able to do

21   so while incarcerated.

22          THE COURT:  Okay, well, we'll leave it there.  And

23   I'll let Mr. Berger speak to Mr. Weiss and determine whether

24   and how that all would go about.  That's beyond something that

25   I believe I have the capability of doing.  But if the --

1    Mr. Togut, if you feel that that's important, we would have to

2    put the burden on Mr. Berger to figure out a procedural

3    mechanism for accomplishing that.

4          MR. TOGUT:  Unfortunately, Your Honor, I just don't

5    have confidence that, absent this sanction, we're going to be

6    able to conclude the investigation; no confidence whatsoever.

7          THE COURT:  Ms. Nakano has --

8          MS. NAKANO:  Yeah, Serene Nakano --

9          THE COURT:  -- risen.

10         MS. NAKANO:  -- for the U.S. Trustee's office.

11         Your Honor, I'm a former Assistant U.S. Attorney in

12   the criminal division.  There may come a point where this case

13   crosses into criminal contempt.  As Your Honor knows, our

14   office has statutory duties with respect to referrals, and we

15   are closely monitoring this case, to see whether it has crossed

16   the line or will cross the line.

17         MR. BERGER:  Your Honor, as I was reflecting upon

18   your -- it's Neil Berger for the trustee.

19         As I was reflecting upon your earlier statements and

20   your request that I keep the marshal and the other parties-in-

21   interest and chambers advised about Citibank's compliance, it

22   occurred to me -- and I'm just putting this out there so it's

23   on the horizon if we need to cross that bridge; but we do see

24   deposits into the IOLA account, from Mr. Carlebach's law-

25   practice account at a different bank, post-petition, pre-

1   trustee.  I don't know where that will lead us, but it is

2   entirely possible than an issue may be -- a subpoena may be

3   issued, pursuant to Your Honor's order, for that other bank

4   account.  Deposits into the IOLA account at or about the time

5   when things were heading sideways --

6           THE COURT:  Yep.

7           MR. BERGER:  -- doesn't --

8           THE COURT:  It's not --

9           MR. BERGER:  -- doesn't cause us to say not to worry;

10  it causes us to say, "What was that about?"

11          THE COURT:  Okay.  It is what it is.  It's not a

12  problem of your creation.  It's not a problem of my creation.

13  This entire situation could have been obviated by compliance

14  back in September, October, November, December, or January, and

15  there is none.

16          So, I don't think that I have to enter any other order

17  today.  To the extent that anything does get filed in either

18  the Second Circuit or the Third Circuit, I would just simply

19  ask that somebody let us know.  And I am reachable 24-7 in the

20  event that something happens that I need to know about.

21          MR. BERGER:  Thank you, Judge.  Now --

22          THE COURT:  And I just again appreciate the efforts of

23  the Office of the United States Trustee and very much

24  appreciate the efforts of Mr. Togut and his counsel in pursuing

25  this for as long and as hard as you have been.

1        MR. BERGER:  There's a job to be done, Judge, and

2   we'll --

3            THE COURT:  Well --

4            MR. BERGER:  -- continue to do it.

5            THE COURT:  -- you know how -- you know that I regret

6   that we're here, but -- there it is.  Okay?

7            MR. BERGER:  Thank you, Judge.

8            MR. VELEZ-RIVERA:  Thank you, Judge.

9            MS. NAKANO:  Thank you, Your Honor.

10           THE COURT:  Okay.  Thank you.

11           MR. TOGUT:  Thank you.

12           THE COURT:  Thank you.

13        (Whereupon these proceedings were concluded at 2:31 PM)

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    C E R T I F I C A T I O N

3

4    I, David Rutt, certify that the foregoing transcript is a true

5    and accurate record of the proceedings.

6

7

8

9

10   _____

11   David Rutt (CET-635)

12   AAERT Certified Electronic Transcriber

13

14   eScribers

15   352 Seventh Ave., Suite #607

16   New York, NY 10001

17

18   Date:  February 8, 2017

19

20

21

22

23

24

25

**A**

**ability (1)**
14:12
**able (7)**
7:15;14:10;15:10,
20;23:3;25:20;26:6
**Abram (1)**
13:24
**Abrams (5)**
9:17;10:4;18:20,
24;20:13
**absence (3)**
19:7,8;22:7
**absent (2)**
13:22;26:5
**accommodation (1)**
22:2
**accommodations (1)**
25:19
**accomplishing (1)**
26:3
**account (6)**
11:17;12:14;
26:24,25;27:4,4
**accounting (1)**
11:20
**accounts (1)**
14:24
**accrued (1)**
22:19
**actually (2)**
19:8;25:4
**add (1)**
18:14
**addition (1)**
9:1
**additional (1)**
7:18
**address (1)**
15:17
**adjourned (1)**
8:15
**adjournment (1)**
16:23
**administrative (1)**
23:3
**administrative-expense (1)**
24:3
**advise (1)**
23:8
**advised (1)**
26:21
**afford (1)**
18:22
**afraid (1)**
18:6
**afternoon (4)**
5:5;8:15;18:13;
21:4
**again (4)**
8:1;13:20;14:2;

27:22
**against (1)**
6:13
**ago (3)**
11:10;16:22;20:6
**ALBERT (1)**
4:11;5:6,7
**allow (1)**
7:19
**alternative (1)**
15:5
**always (1)**
14:18
**amount (2)**
17:22,24
**ankle (2)**
25:1,13
**appeal (9)**
6:5,6,16;7:9,11;
8:6,9;10:5;11:1
**appealed (1)**
10:4
**appearance (1)**
5:16
**appeared (1)**
17:16
**APPEARING (1)**
4:10
**appears (2)**
8:7;11:17
**appellate (1)**
7:4
**application (1)**
22:22
**appreciate (3)**
23:19;27:22,24
**area (2)**
24:9;25:14
**around (2)**
8:21;12:16
**arrest (1)**
14:6
**Article (1)**
18:22
**aside (1)**
10:9
**aspect (1)**
15:8
**asserting (1)**
23:24
**assigned (1)**
6:17
**assistance (1)**
23:12
**assistant (2)**
10:16;26:11
**associated (1)**
23:4
**assume (1)**
17:16
**attire (1)**
25:10
**attorney (4)**

12:20;16:7;17:10;
26:11
**Attorneys (2)**
4:3;23:24
**attorney's (1)**
23:12
**auction (2)**
13:5,5
**audacity (1)**
18:24
**automatic (2)**
6:9,19
**available (3)**
21:12,14;22:3
**avoid (2)**
19:2;20:15
**avoided (1)**
20:13
**aware (3)**
5:22;7:4;21:19

**B**

**back (2)**
12:19;27:14
**bank (7)**
10:24;11:4,11;
15:5,10;26:25;27:3
**Bankruptcy (8)**
6:6;7:5;9:20;
13:25;17:3,10;
22:24;23:20
**barebones (1)**
18:16
**based (5)**
7:6;10:20;13:20;
18:15;21:19
**begin (2)**
10:23;11:25
**behalf (1)**
5:17
**beliefs (1)**
24:23
**bells (1)**
12:20
**belt (2)**
10:22;11:3
**bench (4)**
6:5;7:2;20:7;21:1
**BERGER (52)**
4:7;5:4,5,5;6:11,
20;8:22,24;9:6,8,10,
12,15,18,22;10:1,8,
12;11:15,17;13:3,7,
9,11;14:20,22;15:23;
16:1,17,25;17:7,8,9,
12,15;19:5;21:7;
22:9;23:7,7,15,17;
25:23;26:2,17,18;
27:7,9,21;28:1,4,7
**Beyond (3)**
23:17;25:14,24
**bidders (1)**

12:18
**blocking (1)**
17:23
**bona (1)**
18:17
**both (1)**
19:18
**bounds (1)**
24:10
**bracelet (2)**
25:1,14
**breakup (1)**
12:23
**bridge (1)**
26:23
**briefly (1)**
11:4
**bring (3)**
5:10,20;23:14
**brings (1)**
8:25
**building (1)**
21:16
**built (1)**
18:21
**burden (1)**
26:2

**C**

**can (9)**
8:16,20;11:4;16:8;
17:5;18:25;22:13;
25:1,8
**cancelled (1)**
13:6
**capability (1)**
25:25
**Carlebach (45)**
5:25;6:5,14,15,25;
7:23;8:1,18,21,22;
9:2;10:25;11:12,20;
12:1,4,6;13:14,17,
18;14:7,14,23,25;
15:4,11;16:6,18,23;
17:2,4,23;18:22;
19:1,22;20:3,14,18,
24;21:8,19,21;22:12;
23:13,23
**Carlebach's (5)**
6:9;12:10;19:7;
20:1;26:24
**case (16)**
5:3,3,24;6:9,20;
7:5;12:17;14:16;
19:3;20:20,20,23;
22:22;23:4;26:12,15
**cause (10)**
5:24,25;6:4;7:3;
8:20;9:3;14:5;15:3;
23:13;27:9
**causes (1)**
27:10

**certainly (3)**
23:8,21;24:1
**certification (3)**
21:6,12;23:13
**certify (1)**
15:12
**chambers (1)**
26:21
**Chapman (1)**
8:4
**Chapter (18)**
4:3,11;5:6;6:9,19;
10:10;11:1;18:14,
24;19:17;20:2,14;
22:14,21;23:1,4,22,
23
**characterize (1)**
22:17
**charge (1)**
24:6
**check (4)**
11:13,15;12:5,7
**checks (1)**
10:24
**chronology (1)**
10:2
**Circuit (10)**
7:7,9,10,12,19,20;
8:6,10;27:18,18
**Citibank (14)**
10:2,13,14,17,21;
11:9;12:11;13:18,
21;15:6,16;16:2;
22:10;23:9
**Citibank's (1)**
26:21
**civil-contempt (2)**
6:12,21
**claim (2)**
23:4,24
**claims (1)**
24:3
**Clear (6)**
11:23;14:7,23;
15:4;23:11,19
**clearly (1)**
14:9
**client (1)**
5:7
**close (1)**
24:5
**closely (1)**
10:14;26:15
**closing (1)**
12:13
**colleagues (1)**
21:16
**collection (1)**
23:21
**coming (2)**
14:3;25:3
**commenced (1)**
6:10

**commitment (1)**
14:21
**communication (1)**
10:16
**completely (3)**
18:25;24:10,23
**completes (1)**
23:9
**compli (1)**
14:25
**compliance (10)**
10:22;13:17,18;
14:25;20:5;21:9;
22:8;24:12;26:21;
27:13
**complied (5)**
10:13,20;12:22;
15:7;18:5
**comply (13)**
7:21;8:12;10:17;
13:22,22;14:10,12,
14;16:19;18:6;
19:22,24,25
**complying (1)**
22:18
**concept (1)**
18:19
**concern (2)**
21:18;24:13
**concerns (1)**
21:22
**conclude (1)**
26:6
**concluded (1)**
28:13
**conclusion (1)**
21:24
**conclusions (1)**
13:13
**confidence (5)**
16:17,21;20:5;
26:5,6
**confirmations (1)**
10:24
**connection (1)**
22:23
**conservations (1)**
10:21
**conservative (1)**
22:15
**construct (1)**
15:2
**constructed (1)**
18:21
**contemplated (1)**
23:11
**contempt (5)**
8:16;9:2,4;24:24;
26:13
**contempts (1)**
9:1
**content-based (1)**
19:18

**continue (2)**
20:16;28:4
**continues (1)**
14:23
**contract (1)**
12:7
**controlling (1)**
7:6
**convene (1)**
21:8
**conversation (1)**
13:21
**conveyor (2)**
10:22;11:2
**conveyor-belt (1)**
14:2
**cooperate (1)**
17:25
**copies (3)**
10:23;11:12;16:4
**copy (1)**
11:21
**correctly (1)**
9:9
**counsel (5)**
10:17;16:24;17:1;
21:7;27:24
**count (2)**
9:6,8
**counterpart (3)**
19:13,15,16
**counting (1)**
9:9
**couple (3)**
6:7;11:10;20:4
**course (1)**
20:15
**COURT (80)**
5:2,8,10,15,19;6:6,
11,16,20,23;7:3,7,
17;8:25;9:9,11,13,
16,19,20,21,23;10:9;
11:14,16,21;12:25;
13:4,8,10,25,25;
14:18,21;15:2,25;
16:12,22;17:3,5,8,
11,13,16,21;18:8,10,
12,14;19:2,11,14;
20:6,9,17;22:25,25;
23:9,11,16,20;24:4,
8,16,18;25:3,6,8,12,
22;26:7,9;27:6,8,11,
22;28:3,5,10,12
**courtroom (5)**
8:21,22,23;17:4;
19:9
**courts (1)**
10:15
**Court's (2)**
14:10;20:8
**creation (2)**
27:12,12
**criminal (3)**

17:1;26:12,13
**criminal-defense (1)**
16:24
**cross (2)**
26:16,23
**crossed (1)**
26:15
**crosses (1)**
26:13
**curious (1)**
11:13
**custody (3)**
6:1;9:4;21:9

**D**

**date (2)**
11:15;12:2
**David (1)**
7:23;8:18
**day (2)**
8:13;10:25
**days (3)**
6:7;7:18;12:9
**Dear (1)**
8:4
**debtor (1)**
5:18
**December (1)**
27:14
**decide (1)**
18:18
**decided (1)**
8:11
**decision (5)**
6:18;7:5,12;14:1;
18:17
**declined (1)**
10:5
**deep (1)**
20:12
**deeply (1)**
21:1
**delay (1)**
7:17
**delayed (1)**
7:14
**delays (1)**
18:21
**demands (1)**
8:12
**denied (6)**
6:15;7:8;10:3,4;
18:19,23
**denies (1)**
7:20
**deposit (7)**
12:2,6,9,10,11,14,
21
**deposition (1)**
16:7
**deposits (5)**
11:22,23;12:23;

26:24;27:4
**describe (1)**
10:22
**details (1)**
21:5
**determine (1)**
25:23
**developments (1)**
5:12
**different (3)**
19:1;20:15;26:25
**difficult (2)**
19:20;24:11
**dignity (1)**
6:23
**directing (2)**
5:25;9:3
**direction (1)**
10:19
**directly (1)**
10:2
**disclosure (1)**
15:19
**disclosures (1)**
19:2
**discretion (1)**
20:8
**District (8)**
6:6,16,16;7:7;
9:17,21;13:25;22:25
**division (1)**
26:12
**docket (6)**
5:24;7:1,25;8:2;
9:3;12:16
**docketed (1)**
7:1
**document (1)**
23:22
**documents (10)**
10:23;14:3;15:9,
14,16,20;16:10;
18:15;20:19;22:10
**dollars (1)**
12:2
**done (3)**
15:13;24:13;28:1
**doubt (1)**
20:2
**down (2)**
16:5,20
**draft (1)**
15:19
**drafted (1)**
25:18
**draw (1)**
13:13
**Duke (1)**
19:8
**during (2)**
13:11;21:22
**duties (1)**
26:14

**E**

**earlier (2)**
8:5;26:19
**East (1)**
5:3
**effect (2)**
10:18;11:2
**effectuation (1)**
7:17
**effort (2)**
17:22,24
**efforts (4)**
18:3;20:1;27:22,
24
**either (2)**
21:14;27:17
**emails (2)**
16:3,4
**embarked (1)**
15:5
**emergency (3)**
7:8,11;21:16
**employee (1)**
16:3
**enable (1)**
15:9
**end (2)**
13:14;23:14
**endeavor (5)**
8:12;14:14,19;
16:18;19:25
**enforce (1)**
6:12,21;23:21
**engaged (1)**
12:17
**enough (1)**
9:24
**ensure (1)**
22:1
**enter (1)**
27:16
**entered (5)**
5:23;6:7,18;9:3;
20:11
**enters (1)**
13:24,24
**entertain (1)**
22:5
**entire (1)**
27:13
**entirely (3)**
15:17;18:16;27:2
**episode (1)**
23:14
**ERIC (2)**
4:12;25:7
**error (1)**
11:23
**ESQ (2)**
4:7,11
**establish (1)**

21:9

**even (2)**
16:2;23:12
**evening (2)**
21:23,23
**event (4)**
20:25;21:11;22:4;
27:20
**events (1)**
11:24
**everybody (3)**
5:11,20,22
**everyone (1)**
23:23
**evidence (2)**
11:8;14:12
**Excuse (1)**
25:10
**execut (1)**
21:2
**executable (2)**
21:2,2
**exercise (1)**
23:5
**existence (1)**
20:12
**existing (1)**
10:7
**exorbitant (1)**
23:5
**expect (1)**
7:11
**expedited (1)**
7:12
**expended (1)**
17:23
**expense (1)**
23:4
**expenses (2)**
22:23;23:25
**expertise (2)**
24:10;25:14
**extant (1)**
9:2
**extent (5)**
21:14;22:9;23:1;
24:1;27:17
**extraordinary (1)**
20:25
**extremely (1)**
19:20

## F

**face (1)**
8:7
**fact (1)**
6:20
**faith (2)**
18:3;25:20
**far (4)**
8:20;18:25;21:18;
25:18

**February (4)**
5:23;6:2;7:3,18
**federal (2)**
9:7,24
**feel (1)**
26:1
**fees (2)**
12:23;23:25
**few (3)**
5:20;12:9,12
**fide (1)**
18:17
**figure (1)**
26:2
**file (7)**
14:8;8;18:24;
22:22;23:3,22;24:2
**filed (7)**
6:15;12:17;13:19;
20:6,17;23:13;27:17
**files (1)**
13:23
**filing (6)**
7:9;10:25;18:15,
17;19:18;22:20
**finality (1)**
7:10
**finally (1)**
18:7
**find (1)**
18:6
**finish (1)**
7:13
**firm (1)**
14:21
**first (2)**
20:19;21:11
**five (2)**
9:7;13:15
**fleeing (1)**
24:15
**focus (2)**
14:23;15:15
**folks (1)**
16:12
**follow (1)**
19:19
**following (3)**
8:1;10:2;21:18
**forcefully (1)**
20:22
**forego (1)**
8:11
**forgotten (2)**
23:6,8
**former (1)**
26:11
**forth (1)**
20:18
**forward (1)**
12:22
**found (1)**
12:15

**four (1)**
13:15
**frame (1)**
13:10
**frankly (2)**
18:5;24:13
**Freda (1)**
6:17
**Friday (3)**
7:14;13:21;21:23
**front (1)**
14:16
**full (2)**
13:18;16:11
**fully (2)**
10:13,20
**further (2)**
8:7;15:13

## G

**gather (1)**
10:23
**gathering (2)**
12:3,11
**gave (1)**
11:20
**general (1)**
10:16
**Given (5)**
8:12;20:15;21:11;
22:1,16
**Good (4)**
5:5;18:3,3,13
**good-faith (1)**
18:17
**GOTTLIEB (4)**
5:13,16,17,19
**Gravelle (5)**
6:15;9:18,19;
18:18;19:10
**Gravelle's (4)**
6:7,14;7:5;17:17
**greatly (1)**
17:23
**Guarino (3)**
5:17;12:6;15:21
**Guarino's (1)**
12:3

## H

**half (2)**
8:3;14:16
**half-a-million-dollar (1)**
11:13
**half-million-dollar (2)**
12:4,13
**hand (2)**
11:11;15:12
**handed (2)**
11:11,21
**happened (3)**

5:21;13:16,16
**happening (5)**
12:19,21;13:1,11;
22:20
**happens (3)**
10:14,19;27:20
**hard (1)**
27:25
**head (1)**
15:19
**heading (3)**
16:1,2;27:5
**hear (1)**
13:4;18:10
**heard (2)**
14:17;16:25
**hearing (10)**
5:25;6:1;8:14;
13:3,5;14:5;17:4;
21:8,15,17
**hearings (1)**
11:10
**hearsay (1)**
16:9
**hide (1)**
18:1;24:14
**highly (1)**
20:20
**himself (2)**
16:19;22:6
**hire (1)**
16:23
**hired (1)**
17:1
**hold (2)**
21:16;25:3
**Honor (23)**
5:9,13;10:12;
13:24;14:4,16,20,22;
15:23;16:20;17:2,
20;18:13;19:6,16;
20:1,8;24:7;26:4,11,
13,17;28:9
**Honor's (4)**
14:5,7;23:21;27:3
**hope (3)**
8:15;14:15;20:12
**hoped (2)**
7:13;16:19
**Hopefully (1)**
24:12
**hopes (2)**
14:19;16:19
**hoping (1)**
14:1
**horizon (1)**
26:23
**host (1)**
16:9
**hour (2)**
8:3;14:14
**hurdle (1)**
8:8

## I

**identify (1)**
15:21
**immediately (2)**
14:10;21:7
**imminent (1)**
7:16
**important (2)**
21:10;26:1
**imposition (1)**
6:8
**inasmuch (1)**
6:21
**incarcerated (5)**
21:11,22;23:12;
25:19,21
**incarceration (4)**
7:16,17;22:7;
24:24
**inclined (1)**
20:24
**include (1)**
15:18
**including (2)**
22:3;23:23
**incomplete (1)**
11:5
**incurred (3)**
22:23;23:25;24:2
**indeed (3)**
6:11;19:6;22:25
**indicated (1)**
20:23
**indicating (2)**
6:19;20:7
**indications (1)**
20:3
**individual (1)**
12:14
**information (2)**
12:3;18:7
**informed (1)**
16:8
**injunctive-relief (1)**
11:19
**inquiry (1)**
8:7
**Inspector (1)**
25:6
**inspectors (1)**
24:5
**instance (1)**
11:7
**intend (1)**
7:10
**intended (1)**
6:22
**intent (1)**
14:7
**interest (1)**
26:21

**interim (1)**
4:3
**interlocutory (1)**
8:9
**internet (1)**
12:15
**intersect (1)**
15:24
**into (8)**
6:1;9:4;12:10,14;
18:21;26:13,24;27:4
**investigation (2)**
17:25;26:6
**investor (1)**
12:15
**involved (2)**
19:21;20:10
**involvement (1)**
8:13
**IOLA (4)**
12:14;14:24;
26:24;27:4
**issuance (2)**
6:4;20:7
**issue (4)**
7:10,12;25:16;
27:2
**issued (2)**
5:24;27:3
**items (1)**
15:17

## J

**James (1)**
5:17
**January (2)**
6:10;27:14
**Jersey (12)**
6:6,16;7:7;9:20,
23;13:24,25;19:15;
20:17;22:24,25;
23:20
**Jew (1)**
21:21
**Jewish (1)**
21:24
**job (1)**
28:1
**Judge (35)**
5:5;6:6,14,15,17,
18;7:4,7,14;8:4,8,24;
9:16,16,17,18,19,20;
10:4;13:24;17:17;
18:18,20,23;19:9;
20:13,22;23:15;
25:15,16,18;27:21;
28:1,7,8
**judges (2)**
9:7,24
**July (1)**
12:9
**June (4)**

12:1,5,8,12
**jurisdiction (2)**
19:19;24:15

## K

**keep (3)**
24:5;25:1;26:20
**knows (2)**
25:4;26:13
**kosher (1)**
22:3

## L

**language (1)**
14:18
**last (5)**
5:23;8:3;10:17;
14:13;17:3
**Late (4)**
5:23;6:24;13:21,
21
**later (2)**
12:9;13:15
**latest (1)**
24:12
**law (1)**
7:6
**law- (1)**
26:24
**Lawrence (1)**
5:17
**lawyer (1)**
19:8
**lead (1)**
27:1
**leave (2)**
24:24;25:22
**left (1)**
15:11
**legitimacy (1)**
19:17
**letter (10)**
6:25;7:24,25;8:2,
5;11:1;14:8,13;
19:23,24
**letters (1)**
12:17
**level (1)**
19:1
**light (1)**
16:15
**line (3)**
13:1;26:16,16
**liquidation (1)**
23:2
**lists (2)**
11:21;12:1
**LLP (1)**
4:2
**long (1)**
27:25

**look (2)**
12:16;14:4
**looking (3)**
8:20;11:10;22:19
**lost (1)**
15:3
**lot (1)**
5:21

## M

**magistrate (2)**
25:15,18
**making (1)**
22:3
**many (1)**
20:14
**marshal (1)**
26:20
**Marshals (6)**
4:12;9:5;22:1;
24:5;25:1,7
**matched (1)**
12:25
**matter (7)**
6:17;7:14;8:16;
9:6,25;22:24;23:20
**matters (1)**
21:20
**may (9)**
7:4;11:8;17:18;
24:7,10,14;26:12;
27:2,2
**McMahon (1)**
9:16
**meals (1)**
22:3
**mechanism (1)**
26:3
**merits (1)**
20:23
**messenger (1)**
12:7
**microfiche (1)**
10:23
**mind (2)**
11:7;12:21
**mirror-image (1)**
15:21
**missed (1)**
23:18
**missing (2)**
15:20;16:3
**moment (2)**
16:14;24:22
**moments (2)**
5:20;7:24
**Monday (1)**
21:3
**monetary (1)**
14:11
**money (2)**
12:19,21

**monitoring (1)**
26:15
**month (1)**
20:6
**months (3)**
13:15;19:22;20:10
**more (1)**
18:2
**morning (5)**
6:18,24;7:8;21:3;
25:11
**morning's (1)**
14:1
**most (2)**
14:13;20:22
**motion (3)**
7:19;10:3,25
**moving (2)**
7:11;12:22
**much (2)**
20:25;27:23

## N

**Nakano (5)**
26:7,8,8,10;28:9
**narrowed (1)**
22:13
**nationwide (1)**
24:18
**near (1)**
15:15
**necessary (1)**
22:2
**need (5)**
8:13;16:10;18:4;
26:23;27:20
**needed (1)**
15:7
**neglected (1)**
15:17
**NEIL (4)**
4:7;5:5;23:7;26:18
**New (14)**
4:5;6:5,16;7:7;
9:17,20,23;13:24,25;
19:15;20:17;22:24,
25;23:20
**Next (1)**
22:14
**none (2)**
20:18;27:15
**note (2)**
5:16;20:16
**noted (1)**
24:11
**notice (1)**
7:9
**November (1)**
27:14
**nowhere (1)**
15:15
**number (8)**

5:3,11;7:1;8:2;
10:15;11:17,21;
13:19
**NY (1)**
4:5

## O

**oath (2)**
15:13;16:6
**obligation (1)**
22:17
**observance (1)**
22:3
**observant (1)**
21:21
**observation (1)**
10:12
**observations (1)**
23:19
**obviated (1)**
27:13
**obviously (1)**
23:5
**occupied (1)**
9:24
**occurred (1)**
26:22
**o'clock (1)**
8:19
**October (3)**
12:8,12;27:14
**off (2)**
11:2;15:18
**office (6)**
12:7;16:13;20:2;
26:10,14;27:23
**officer (1)**
19:2
**once (3)**
15:9;16:2;22:7
**One (5)**
4:4;8:13;18:1;
21:16;22:16
**only (1)**
11:6
**opine (1)**
7:10
**opinion (1)**
6:8
**opportunities (1)**
20:14
**opportunity (2)**
18:22;21:12
**order (26)**
5:24;6:4,7;7:3,17,
18;8:8;8,9,19;9:2;
10:7;11:18,19;
12:22;14:5;15:1,3,8;
18:22;21:8;22:2;
23:21;25:16,17;27:3,
16
**orders (3)**

14-13254-scc    Doc 175    Filed 02/15/17    Entered 02/15/17 15:20:06    Main Document
199 EAST 7TH STREET LLC
Case No. 14-13254-scc

Pg 34 of 36

February 6, 2017

13:23;14:11;20:11
**original (1)**
20:20
**otherwise (2)**
15:17;22:10
**ought (2)**
21:11,13
**ourselves (2)**
13:15,16
**out (5)**
18:6;21:5;24:10;
26:2,22
**outside (2)**
24:9,21
**outstanding (5)**
6:12;10:6;15:17;
21:1;22:11
**over (3)**
9:19;19:21;22:7

**P**

**page (1)**
14:6
**part (1)**
21:10
**participating (1)**
5:7
**particular (1)**
21:22
**particularly (1)**
11:12
**parties (1)**
12:17
**parties-in- (1)**
26:20
**past (2)**
20:3,10
**payment (1)**
22:15
**pending (2)**
22:14;23:1
**Penn (1)**
4:4
**perhaps (2)**
15:4;20:22
**period (4)**
13:11;19:23;22:5,
7
**permission (1)**
17:17
**personal (1)**
7:5
**pertaining (1)**
25:16
**petition (2)**
11:1;18:24;22:21
**petitions (1)**
13:19
**ph (1)**
19:8
**phone (3)**
5:7;17:11,12

**picture (3)**
11:6,6;16:11
**place (1)**
20:19
**placed (1)**
7:25
**plan (1)**
15:19
**Plaza (1)**
4:4
**pleading (1)**
13:23
**pleadings (4)**
13:19;16:4;18:1;
20:16
**Please (1)**
12:6
**pm (2)**
21:4;28:13
**podium (1)**
25:9
**point (5)**
8:15;16:5;17:25;
24:22;26:12
**position (5)**
13:12;15:6;20:21;
21:13;22:21
**possible (1)**
27:2
**post-Chapter (1)**
24:2
**post-petition (1)**
26:25
**postponed (3)**
13:2,3,4
**practice (1)**
22:2;26:25
**practicing (1)**
25:20
**pre- (1)**
26:25
**preclude (2)**
6:11,20
**prefer (1)**
7:15
**prepared (1)**
21:13
**pre-petition (1)**
22:17
**present (3)**
8:21,22;9:4
**preventing (1)**
15:16
**previous (1)**
9:1
**principal (1)**
5:17
**prior (1)**
14:10
**priority (1)**
24:3
**probably (1)**
16:22

**problem (2)**
27:12,12
**procedural (2)**
8:8;26:2
**procedure (1)**
21:10
**proceeding (2)**
6:11,21
**proceedings (4)**
18:20;19:7,21;
28:13
**process (6)**
7:13;8:11,13;
11:25;12:18;24:1
**produced (1)**
11:12
**production (5)**
12:4;15:16,21;
16:2;23:9
**progress (1)**
20:4
**promises (1)**
14:17
**promising (1)**
19:24
**provide (1)**
14:12
**provided (1)**
21:6
**provides (1)**
21:6
**purge (3)**
9:4;16:19;21:13
**purged (3)**
8:16;14:15;24:24
**purposes (1)**
22:18
**pursuant (1)**
27:3
**pursue (1)**
8:6
**pursuing (1)**
27:24
**pursuit (2)**
20:21;22:24
**put (5)**
8:13,16;18:1;
20:17;26:2
**putting (2)**
10:9;26:22

**Q**

**quash (1)**
10:3
**quite (2)**
19:8;21:25
**quote (1)**
7:2
**quoted (1)**
20:13

**R**

**raise (1)**
15:12
**raises (1)**
11:7
**rather (1)**
16:8
**reachable (1)**
27:19
**read (2)**
23:15,17
**reading (1)**
17:13
**ready (1)**
14:9
**real-estate (1)**
12:15
**really (2)**
13:15,16
**reasonable (1)**
25:19
**reasoned (1)**
6:18
**recall (4)**
11:8;13:2;16:22,
25
**receive (1)**
12:4;22:9
**received (6)**
6:25;7:24,25;8:3;
14:13;20:3
**recent (1)**
14:13
**record (2)**
5:2;14:22
**records (4)**
15:6,10,19;16:4
**redacted (2)**
11:11,18
**refer (1)**
11:22
**reference (1)**
14:6
**referrals (1)**
26:14
**reflect (1)**
20:12
**reflecting (3)**
6:8;26:17,19
**regard (2)**
7:11;21:20
**Region (2)**
19:11,13
**regret (2)**
21:1;28:5
**reimbursed (1)**
22:23
**reimbursement (1)**
23:25
**rejected (1)**
20:22

**related (1)**
6:19
**release (2)**
7:5;21:8
**released (1)**
22:4
**relief (1)**
7:15
**religious (3)**
22:3;24:23;25:18
**rely (1)**
16:9
**relying (1)**
18:3
**remain (1)**
9:1
**remains (4)**
21:2,10;22:14;
23:1
**repaid (1)**
12:23
**representation (2)**
15:12;22:6
**representations (1)**
21:19
**request (5)**
7:20,21;14:15;
22:5;26:20
**requested (1)**
15:18
**requesting (1)**
8:6
**requests (1)**
22:11
**require (1)**
25:15
**required (5)**
10:13;13:13;14:8,
8;22:12
**requirement (1)**
24:25
**reservation (1)**
22:22
**resisting (1)**
10:21
**respect (6)**
7:2;10:4;14:11;
20:4;22:20;26:14
**Respectfully (2)**
7:22;8:17
**respecting (1)**
24:23
**respond (1)**
13:14
**responding (1)**
11:9
**response (2)**
14:24,25
**rest (1)**
8:16
**restraints (1)**
7:6
**result (1)**

24:1
**returnable (2)**
6:2;8:20
**review (3)**
7:4;18:15,23
**right (19)**
5:2,8,10,19;6:2;
8:9,25;10:11;11:14,
16;13:6,7,9;15:12,
25;18:8;20:9;21:2;
24:4
**rights (1)**
22:22
**rings (1)**
12:20
**risen (1)**
26:9
**risk (1)**
24:14
**road (1)**
16:20
**route (1)**
15:5
**Rule (2)**
11:18;15:1
**ruling (2)**
6:14;20:13
**running (1)**
14:2

## S

**Sabbath (1)**
21:24
**sale (9)**
11:24;12:19,22,
22;13:2,2,3,4,5
**same (5)**
12:16;14:18;
20:17;23:15,17
**sanction (3)**
20:24;24:12;26:5
**sanctions (6)**
6:12,21,22;14:11;
22:16,19
**satisfy (1)**
22:10
**Saturday (1)**
21:23
**saw (1)**
19:4
**saying (1)**
12:18
**scheduling (3)**
5:25;14:5;21:20
**search (1)**
14:2
**second (2)**
25:3;27:18
**seeing (2)**
11:5,5
**seek (2)**
7:15;22:4

**seeking (2)**
22:22;23:2
**seems (1)**
10:25
**SEGAL (4)**
4:2,2;5:6,6
**sending (1)**
11:1
**September (2)**
13:14;27:14
**Serene (1)**
26:8
**Service (4)**
4:12;22:1;24:6;
25:1
**set (2)**
15:9;21:15
**several (2)**
19:17,22
**shocking (1)**
19:9
**shortly (1)**
7:9
**show (8)**
5:24,25;6:4;7:3;
8:19;9:2;14:5;15:3
**sic (7)**
8:10;12:1,5,10;
14:9;17:1;24:2
**sideways (1)**
27:5
**significant (1)**
8:8
**simply (3)**
17:25;18:20;27:18
**sitting (2)**
16:5,7
**situation (2)**
24:25;27:13
**Six (5)**
9:11,12,22;16:22;
20:10
**six-page (1)**
6:18
**slightly (1)**
7:15
**slips (1)**
12:11
**somebody (2)**
24:21;27:19
**Someone's (1)**
25:3
**soon (1)**
23:9
**sorry (3)**
9:13;12:8,8
**sought (3)**
6:14;7:4;19:3
**Southern (1)**
9:17
**speak (2)**
16:13;25:23
**speaks (1)**

19:25
**specific (1)**
12:2
**specifically (1)**
18:21
**specious (1)**
18:25
**speed (2)**
5:11,21
**stalking-horse (2)**
11:24;12:18
**stand (2)**
19:20;20:8
**standing (1)**
14:9
**start (1)**
11:22
**started (3)**
9:13;13:20,20
**statement (2)**
15:20;20:6
**statements (4)**
10:24;11:4,11;
26:19
**States (1)**
27:23
**status (1)**
10:1
**statutory (1)**
26:14
**stay (14)**
6:9,14,15,19;7:8,
12,20;8:6;10:4,10;
11:2;13:22;18:19,23
**stayed (2)**
10:6,10
**still (2)**
14:24;20:8
**stopped (2)**
13:20,20
**Street (2)**
5:3;25:10
**Strulovitz (1)**
12:5
**stuff (1)**
25:18
**subpoena (9)**
10:1,3,6,13;13:13;
15:8,18;22:11;27:2
**Subsequent (4)**
6:4;7:25;11:19;
14:6
**substance (1)**
20:18
**substituted (1)**
19:24
**succeed (1)**
24:12
**successful (1)**
20:20
**Sullivan (2)**
9:16;20:22
**sum (1)**

20:18
**summarize (1)**
6:22
**sums (1)**
23:3
**sundown (1)**
21:23
**sure (7)**
5:13,15,21;15:3;
22:17;23:22;25:20
**surmise (1)**
17:5
**surpasses (1)**
17:24
**surprised (2)**
17:3,9
**surrender (1)**
22:6
**suspended (1)**
22:16

## T

**talking (1)**
24:21
**TELEPHONICALLY (3)**
4:11;17:17;21:15
**temporary (1)**
7:6
**terms (2)**
12:25;19:1
**themes (1)**
20:17
**therefore (2)**
8:14;21:21
**Third (8)**
7:6,9,10,19,20;8:6,
10;27:18
**though (2)**
21:5;24:22
**threat (1)**
7:16
**Thursday (1)**
21:3
**today (11)**
7:13;8:5;9:2,4;
12:24;16:15,18;
19:21,23;23:1;27:17
**today's (2)**
8:14;14:5
**together (1)**
8:14
**TOGUT (23)**
4:2,11;5:6,6,7,8,9;
17:20,21,22;18:9,11;
21:7;24:7,8,9,17,20;
25:13;26:1,4;27:24;
28:11
**told (1)**
13:1
**tomorrow (1)**
8:15
**took (2)**

6:5,6
**top (1)**
15:18
**touch (1)**
24:5
**touched (1)**
9:7
**track (1)**
25:2
**transcript (1)**
17:14
**transcripts (1)**
20:11
**tremendously (1)**
24:11
**Trenton (2)**
17:3;19:5
**trustee (7)**
4:3,11;5:6;12:20;
15:5,8;16:7;17:20;
18:12;19:11,17;
20:2;22:21;23:7,23;
25:13;26:18;27:1,23
**trustee's (10)**
7:21;8:12;13:13;
14:15;15:18;16:6,13,
16;22:11;26:10
**trying (2)**
24:11,14
**twenty-four-hour (1)**
19:23
**two (3)**
7:18;19:4;21:5

## U

**ultimately (1)**
16:5
**unambiguously (1)**
14:9
**unclear (1)**
18:16
**under (3)**
15:13;16:6;22:11
**Unfortunately (1)**
26:4
**unilaterally (1)**
13:5
**United (1)**
27:23
**universe (1)**
22:12
**unjustified (1)**
20:21
**up (12)**
5:11,20;9:20;10:5;
11:11,21;15:9;
19:19;21:15;25:3,8,8
**uphold (1)**
6:22
**upon (5)**
10:20;13:21;16:9;
26:17,19

**used (1)**
14:19

**V**

**Velez-Rivera (7)**
18:12,13;19:4,6,
13,15;28:8
**venue-based (1)**
19:18
**verse (1)**
20:14
**view (4)**
16:16,17;22:15;
23:2
**violation (1)**
11:18
**Virtually (1)**
7:24
**visit (1)**
24:21
**volumes (1)**
19:25
**voluntarily (1)**
7:20

**W**

**warrant (6)**
6:5;7:2;20:7;21:1,
6;24:18
**watching (2)**
10:14,19
**way (5)**
6:10;11:8;24:9,9,9
**week (2)**
5:23;17:3
**weeks (3)**
12:12;16:22;20:4
**WEISS (8)**
4:12;25:5,6,7,7,10,
17,23
**what's (6)**
10:1;12:19,21;
16:12,15;22:20
**whatsoever (2)**
20:5;26:6
**Whereupon (1)**
28:13
**whole (2)**
18:19;19:1
**who's (1)**
12:14
**willing (2)**
14:10;19:2
**wire (1)**
10:24
**withdraw (1)**
8:5
**withdrawn (1)**
19:23
**within (5)**
8:3;14:13;19:22;

20:3,7
**without (2)**
7:16;15:7
**witnessed (1)**
19:21
**Wolfson (5)**
6:17,18;7:7,14;
9:20
**Wolfson's (1)**
8:8
**words (2)**
16:21;20:8
**work (1)**
21:5
**worry (1)**
27:9
**write (1)**
7:2
**writes (1)**
7:2
**written (3)**
14:24,25;16:18
**wrote (1)**
12:6

**Y**

**year (1)**
14:16
**Yep (1)**
27:6
**York (2)**
4:5;9:17

**Z**

**zero (1)**
16:17

**1**

**1:30 (2)**
6:2;8:20
**10119 (1)**
4:5
**13 (14)**
6:9,19;10:10;11:1;
18:14,24;19:17;
22:14,21;23:1,4,22,
23;24:2
**14-13254 (1)**
5:3
**168 (2)**
5:24;9:3
**199 (1)**
5:3

**2**

**2 (2)**
8:19;14:6
**2:31 (1)**
28:13

**2004 (3)**
11:18;15:1,8
**2006 (1)**
12:1
**2015 (4)**
11:22,25;12:5,12
**2016 (1)**
11:22
**2017 (2)**
7:3,18
**24-7 (1)**
27:19
**25th (1)**
12:5
**26 (1)**
6:10
**2nd (1)**
5:23

**3**

**3 (3)**
18:22;19:12,13
**30th (1)**
10:14
**3rd (1)**
7:3

**4**

**4 (1)**
21:4

**5**

**500,000 (1)**
12:2
**500,000-dollar (1)**
12:9

**6**

**6th (1)**
6:2

**7**

**7 (5)**
4:3,11;5:6;20:2;
21:3
**7th (2)**
5:3;12:9

**8**

**8th (1)**
7:18

**9**

**9 (1)**
12:8
**9th (1)**

12:12